# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                           :    CHAPTER 7
    CHARLES S. NENNER AND
    SARALY G. NENNER,                          :

            DEBTORS.    :    BANKRUPTCY NO. 09-16190-MDC

SOUTH PHILADELPHIA DONUTS, INC.,                                :

          PLAINTIFF,             :

    V.                                           :    ADVERSARY NO. 10-00003-MDC

CHARLES S. NENNER,                                              :

          DEFENDANT.            :

# <u>O R D E R</u>

      **AND NOW**, upon consideration of the Plaintiff's Motion for Summary Judgment ("the Motion")

and the Debtor's Response thereto, and for the reasons set forth in the accompanying Memorandum,

      It is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Debtor's debts to the Plaintiff as liquidated by court order entered in *South Philadelphia Donuts, Inc. and Vincent J. Ponzio v. C. S. Nenner Insurance, Charles S. Nenner, United States Liability Insurance Company, Edward Hamm, and Dunkin' Brands, Inc.*, No. 08-2310 (C.P. Phila.) are **DETERMINED** to be **NONDISCHARGEABLE**.

Dated:  November 29, 2010

                         _____
                         MAGDELINE D. COLEMAN
                         UNITED STATES BANKRUPTCY JUDGE